THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE BATISTA, Appellant. [933 NYS2d 585]—

Upon this Court's independent review of the record, we conclude that nonfrivolous issues exist, including, but not necessarily limited to, the validity of the defendant's waiver of his right to appeal and, if such waiver is found to be invalid, whether the sentence imposed was excessive. Accordingly, assignment of new counsel is warranted (*see People v Stokes*, 95 NY2d 633, 638 [2001]). Rivera, J.P., Dickerson, Eng and Roman, JJ., concur.